UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**11 MISC 00104**

---------------------------- x
                                           :      M10-468

IN RE:
ELECTRONIC CASE FILING        :    **ORDER**
RULES AND INSTRUCTIONS      :

---------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/5/11

       At its meeting of March 23, 2011, the Board of Judges of the Southern District of New York approved amendments to the Electronic Case Filing Rules and Instructions, as attached.

       The amendments are effective April 1, 2011.

       **SO ORDERED.**

                                       _/s/ Loretta A. Preska_
                                       Loretta A. Preska, Chief Judge

Dated:    New York, New York
             April 4, 2011

g:\elly\ECF\2011 - Order - ECF Rules and Instructions - March.wpd